IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FATMIR F. HISENI, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
| Defendant. | | |

**COMPLAINT**

Fatmir Hiseni, by his attorney, for his claims against the Defendant states:

I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and the Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

III. PARTIES

3. Plaintiff, Fatmir Hiseni, is a consumer residing in West Des Moines, Iowa.

4. Defendant, Portfolio Recovery Associates, LLC is a debt collector with an office in Pennsylvania.

## IV. FACTUAL ALLEGATIONS

5. Defendant is attempting to collect an alleged debt from the Plaintiff. The alleged debt originated from a credit card account. The alleged debt is time barred. Defendant has also made an erroneous and impermissible entry on Plaintiff's credit report regarding the debt.

6. On or about April 20, 2012, Plaintiff's attorney sent a cease and desist letter to the Defendant. The letter informed the Defendant that the debt was time-barred and the Defendant needed to remove the adverse entry on Plaintiff's credit report.

7. On or about June 20, 2012, Defendant acknowledged that it received the cease and desist letter and was investigating the matter.

8. On or about August 23, 2012, Defendant confirmed it had completed its investigation. The letter addressed to Plaintiff's attorney stated, "PRA now considers this dispute resolved in favor of our company. This account is being returned to the assigned representative..."

9. Defendant's letter falsely implies Plaintiff's concerns were not valid and misrepresents the character and legal status of the debt. The debt was and is time barred. The adverse credit report is and was unjustified.

## V. FIRST CLAIM FOR RELIEF

10. All facts and allegations of this Complaint are incorporated herein by reference.

11. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a. Defendant violated 15 U.S.C. § 1692e(2) by making a false representation as to the character, amount, or legal status of the debt; and

b. Defendant violated 15 U.S.C. § 1692e(8) by threatening or communicating credit information Defendant knew or should have known was false.

12. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, costs, and attorney's fees.

## VII. SECOND CLAIM FOR RELIEF

13. All facts and allegations of this Complaint are incorporated herein by reference.

14. Defendant violated Iowa's Debt Collection Practices Act. Defendant's violations include but are not limited to:

   a. Defendant violated Iowa Code § 537.7103(1)(f) by taking action or threatening to take action prohibited by law;

   b. Defendant violated Iowa Code § 537.7103(1)(c) by making false accusations to a credit reporting agency; and

   c. Defendant violated Iowa Code § 537.7103(4)(e) by making a representation creating a false impression of the character, extent, or amount of a debt.

15. As a result of the above violations of the Iowa Code, the Defendant is liable to the Plaintiff for statutory damages, actual damages, costs and attorney's fees.

## VI. RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests judgment be entered against the Defendant for the following:

   A. Actual damages;

   B. Statutory damages;

   C. Costs and reasonable attorney's fees;

D.    For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
Ray Johnson
Johnson Law Firm
950 Office Park Road, Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Email: Johnsonlaw29@aol.com
